## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

**In re**

| | |
|---|---|
| **SALVADOR A. GAUDIANO** | Case No. 3:14-bk-32050-SHB |
| **Reorganized Debtor** | Chapter 11 |

**SALVADOR A. GAUDIANO**

**Plaintiff**

v.                                                                 Adv. Proc. No. 3:18-ap-03038-SHB

**WELLS FARGO BANK, NA and**
**ALBERTELLI LAW**

## NOTICE OF DISMISSAL

Comes the Plaintiff, Salvador A. Gaudiano, through counsel, pursuant to Fed. R.Civ. P. 41(a)(1), made applicable by Fed. R.Bankr. P. 7041, and gives notice that this adversary proceeding is dismissed upon agreement with the Defendant, Wells Fargo.

s/ Edward J. Shultz
Edward J. Shultz  (014665)
Attorney for the Plaintiff
Tarpy Cox Fleishman & Leveille, PLLC
1111 N. Northshore Drive, Suite N-290
Knoxville, TN  37919
(865) 588-1096